**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

KEVIN SANDERS                                                                                              PLAINTIFF

v.                                                        NO. 3:16CV00187 JLH

TERRY BYRD, JR., *et al.*                                                                            DEFENDANTS

## ORDER

Kevin Sanders filed a *pro se* complaint on July 26, 2016, along with an application to proceed *in forma pauperis*. (Document #1, #2). Sanders' application does not have a completed calculation sheet or certificate. Accordingly, if Sanders intends to pursue this matter, he must submit, no later than 30 days after the entry date of this order, a completed application to proceed *in forma pauperis*, including a trust fund calculation sheet and certificate, signed by an authorized official. Sanders' failure to do so will result in the dismissal of his complaint. The Clerk of Court is directed to forward Sanders an *in forma pauperis* application with a copy of this order.

Additionally, Sanders is notified that Rule 5.5(c)(2) of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas requires *pro se* litigants to (1) promptly notify the court and the other parties in the case of any change of address; (2) to monitor the progress of the case; and (3) to prosecute or defend the action diligently. He should be aware that the rule further provides that the failure to respond to any communication from the court within 30 days may result in dismissal of the case. Finally, any party proceeding *pro se* is expected to be familiar with and follow the Federal Rules of Civil Procedure as well as the Local Rules of this court. A copy of the Local Rules may be obtained from the District Clerk for the Eastern District of Arkansas.

IT IS SO ORDERED this 2nd day of August, 2016.

*J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE